# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADE MUSE,<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>VIVE FINANCIAL, LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC, AND DOES 1-10 inclusive,<br><br>　　　　　Defendants. | CASE NO.<br><br>5:25-cv-00354-KK-DTB<br><br>[PROPOSED] ORDER TO DISMISS [51] |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed, with prejudice as to Defendant EQUIFAX INFORMATION SERVICES LLC only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this   10/24/2025

_____
Honorable Judge Kenly Kiya Kato